United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLOS DARIO WILSON,

Plaintiff,

v.

HORIZON ACTUARIAL SERVICES, LLC, et al.,

Defendants.

Case No. 25-cv-08909-EMC

**JUDGMENT**

On March 6, 2026, the Court granted Defendant's Motion to Dismiss. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: March 6, 2026

EDWARD M. CHEN
United States District Judge